```
1  GARY R. BRENNER, BAR#79446
   630 NORTH SAN MATEO DRIVE
2  SAN MATEO, CA 94401
   Telephone: (650) 348-2044
3  Facsimile: (650) 343-9646
4  Attorney for Debtor
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: ROBERT CARDER and          ) CASE NO.: 11-33993 DM
      EILEEN CARDER              ) CHAPTER 13
          Debtor.                  )
_____  )

**CORRECTED FIRST AMENDED MOTION TO MODIFY CHAPTER 13 PLAN**

<u>XX</u>  1.    The monthly Plan payments of **$1,310.** shall be amended as follows:
        **XX**   **Su**spended for the months of; January – June 2013
        <u>XX</u>   Increased to <u>1500.00</u> effective; July 2013
        <u>XX</u>   Increased to <u>3270.00</u> effective; July 2014

_____  2.    The secured claims shall be modified as follows:
        _____ The secured claims of the following creditors shall be <u>added</u> as follows:
      CREDITOR'S        COLLATERAL  PMT/MON    INT RATE
      NAME                       VALUE       (if fixed)     (if applicable)
        _____ The <u>treatment</u> of certain secured creditor shall be modified as follows:
      CREDITOR'S        COLLATERAL  PMT/MON    INT RATE     STATUS
      NAME                       VALUE       (if fixed)     (if applicable)   (e.g. unsec.)
_____  3.    Change the estimated percentage paid to UNSECURED creditor(s)
       From    to estimated   on the confirmed Base Plan
_____  4.    Base Plan Changes:
      _____Base Plan amount increased/decreased to $_____
      Base Plan term increased/decreased to _____---months
_____ 5.    Other modifications:

<u>XX</u>   6.    Reason(s) for the requested modification(s): Debtors erroneous 2009 and 2010 returns and attendant confusion caused large IRS claim. IRS post filing levies and post petition claim amendments have substantially altered the Chapter 13 Plan.

_____7. . The Chapter 13 Plan, as modified, would be completed within sixty (60) months `from the commencement of the case. The Debtor(s) respectfully requests the Court enter an Order granting the requested modification as set forth above.

Dated  6/18/13                                      /s/  Gary R. Brenner
                                                      GARY R. BRENNER
                                                      Attorney at Law

- 1