GARY R. BRENNER
Bar #79446
630 N. SAN MATEO DRIVE
SAN MATEO, CA 94401
(650) 348-2044 telephone
(650) 343-9646 facsimile
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: ) CASE NO.: 11-33993
)
ROBERT DARRELL and EILEEN REGINA ) CHAPTER 13
)
CARDER                Debtor. )
)
)
_____)

## DECLARATION IN SUPPORT OF FUNDING OF FINAL PLAN PAYMENT

We, ROBERT DARRELL and EILEEN REGINA CARDER declare the following:

1. We filed Chapter 13 bankruptcy on November 3, 2011
2. Our real property has substantial equity.
3. We will access this equity by refinancing our mortgage loan to pay off the Chapter 13 Plan.

We declare under penalty of perjury that the foregoing information is true and correct to the best of our knowledge, information and belief.

Dated: 9/16/14

/s/ Robert D. Carder
ROBERT DARRELL CARDER,
Debtor.

/s/ Eileen Regina Carder
EILEEN REGINA CARDER
Spouse